IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

DAVID M. CARPENTER,

        Plaintiff,

v.

HAGGEN OPCO NORTH, d.b.a. HAGGEN #2083, a Delaware limited liability company,

        Defendant.

Case No. 1:15-cv-1569-CL

**ORDER**

CLARKE, Magistrate Judge.

Defendant has filed a Suggestion of Bankruptcy (#9) to inform the court that it has initiated Chapter 11 proceedings. Pursuant to 11 U.S.C. § 362, an automatic stay has been placed on this action.

DATED this _____ day of October 2015.

MARK D. CLARKE
United States Magistrate Judge

Page 1 – Order